Blue JJL Corp., Plaintiff-Respondent, 
against
O.K. Electrical Service Corp., Defendant-Appellant.



Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Verna L. Saunders, J.), entered May 13, 2015, after trial, in favor of plaintiff and awarding it damages in the principal sum of $3200, and dismissing defendant's counterclaim.




Per Curiam.
Appeal from judgment (Verna L. Saunders, J.), entered May 13, 2015, held in abeyance and matter remanded to Civil Court for findings of fact pursuant to CPLR 4213(b).
This small claims action seeks recovery of the cost of certain electrical repair work that defendant allegedly failed to perform. The principal issue on this appeal is whether the work at issue was required by the governing contract. Since the trial court did not make a specific finding on this issue, and there is conflicting evidence in the record, we remand for such findings.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 24, 2017